UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

PALM INVESTMENT MANAGEMENT PTE
LTD, *et al.*,

                                   Petitioners,

           -v –

LIGHTHOUSE INVESTMENT PARTNERS
LLC., *et al.*,

                               Respondents.

------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/6/2026

1:26-cv-3641-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the conference held on May 6, 2026, this case is REMANDED to New York State Supreme Court.  The Clerk of Court is directed to close all pending motions and to remand this case to New York State Supreme Court in New York County without delay.

      SO ORDERED.

Dated:  May 6, 2026
       New York, New York

                                      _____
                                        GREGORY H. WOODS
                                   United States District Judge